

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2020

No. 04-20-00142-CV

Charles W. **HANOR,**
Appellant

v.

Dicky G. **HANOR,**
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-24182
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

After this court granted an 8-day extension, appellee's brief was due to be filed on May 1, 2020. Appellee has filed a second motion requesting a 14-day extension of time to file the brief. The motion is GRANTED. It is ORDERED that appellee's brief is due no later than May 15, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court